[No. 24107-2-II. Division Two. September 29, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD W. NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03671-4, Sergio Armijo, J., entered November 5, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24448-9-II. Division Two. September 29, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. CHERYL ANN STONE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00046-1, James E. Warme, J., entered March 11, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 23966-3-II. Division Two. September 29, 2000.]

*In the Matter of the Marriage of* ANISSA KAY STEWART, *Respondent,* and ROBERT ERNEST STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 95-3-01554-0, Paula Casey, J., entered October 13, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 45716-1-I. Division One. October 2, 2000.]

DOLLHOUSE PROPERTY MANAGEMENT, LLC, *Appellant,* v. UNIVERSITY USED AND RARE BOOKS, INC., *Defendant,* CAFÉ MOZART, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-17055-5, Larry A. Jordan, J., entered November 17, 1999. *Reversed with instructions* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Coleman, J.